United States District Court
Southern District of Texas
**ENTERED**
January 22, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BARBARA LORRAINE CATES, | § | |
| *Plaintiff*, | § § § | |
| v. | § | CIVIL ACTION H-18-2935 |
| COMMISSIONER OF SOCIAL SECURITY, | § § § | |
| *Defendant*. | § § | |

# ORDER

Pending before the court is a memorandum and recommendation by Magistrate Judge Nancy K. Johnson ("M&R"). Dkt. 15. The M&R recommends granting plaintiff Barbara Lorraine Cates's motion for summary judgment (Dkt. 11) and denying defendant Commissioner of Social Security's cross-motion for summary judgment (Dkt. 9). *Id.* at 23.

Objections to the M&R were due on January 21, 2020, but no objections have been filed to date. "When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." *See* Fed. R. Civ. P. 72(b), Advisory Comm. Note (1983). The court, having reviewed the motion, M&R, and applicable law, and having received no objections, finds no clear error. Thus, the court ADOPTS IN FULL the M&R (Dkt. 15). For the reasons stated in the M&R, Cates's motion for summary judgment (Dkt. 11) is GRANTED, and defendant's cross-motion for summary judgment is DENIED (Dkt. 9).

Signed at Houston, Texas on January 22, 2020.

_____
Gray H. Miller
Senior United States District Judge